| Return | | |
|---|---|---|
| Case No.: 3:11-mj-52 | Date and time warrant executed: 3/4/2011 @ 1:40 pm | Copy of warrant and inventory left with: Stephanie Peppers |
| Inventory made in the presence of: HSI TFO James Bearer | | |
| Inventory of the property taken and name of any person(s) seized: | | |

DNA - Buccal Swab from Stephanie Peppers

FILED
CHARLOTTE, NC

MAR 17 2011

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/17/2011

*Executing officer's signature*

Glenn MacDonald    Special Agent-HSI
*Printed name and title*

U.S.M.J.